UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21874-CIV-UNGARO/SIMONTON

NOAH JESSE RAMIREZ,

                                                     **CONSENT CASE**

    Plaintiff,

vs.

THE HENRIQUES GROUP, PA., and
GENEVIVE LEONIE HENRIQUES,

    Defendants.
_____/

**FINAL JUDGMENT IN FAVOR OF DEFENDANTS**

    Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and based upon the Verdict rendered by the Jury on July 3, 2008, the Court hereby enters Judgment in favor of the Defendants, THE HENRIQUES GROUP, PA., and GENEVIVE LEONIE HENRIQUES, and Plaintiff shall take nothing.  All pending motions are denied as moot, and the case is hereby closed.

    **DONE AND ORDERED** in Miami, Florida, on July 3, 2008.

*/s/ Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record via CM/ECF